## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02448-BNB

DAWANE ARTHUR MALLETT #13944-097,

Petitioner,

v.

WARDEN DAVIS, and
BOP DIRECTOR HARL[E]Y LAPPIN,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 3 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Petition for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Petitioner will be directed to cure the following if he

wishes to pursue his claims. Any papers which the Petitioner files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)   **X**   is missing certificate showing current balance in prison account

(5)    ___    is missing required financial information
(6)    ___    is missing an original signature by the prisoner
(7)    **X**    is not on proper form (must use the court's current form)
(8)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)    ___    An original and a copy have not been received by the court. Only an original has been received.
(10)   **X**    other:  **Certified account statement is necessary only if filing fee is not paid in advance.**

**Complaint, Petition or Application**:
(11)   ___    is not submitted
(12)   **X**    is not on proper form **(must use the court's current form)**
(13)   ___    is missing an original signature by the prisoner
(14)   ___    is missing page nos. ___
(15)   ___    uses et al. instead of listing all parties in caption
(16)   ___    An original and a copy have not been received by the court.  Only an original has been received.
(17)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ___    names in caption do not match names in text
(19)   ___    other _____

Accordingly, it is

ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Petitioner files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 23, 2009, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-02448-BNB

Dawane Arthur Mallett
Reg No. 13944-097
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on _10/23/09_

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk